UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Request for International Judicial Assistance from the Krakowa-Śródmieścia District Court in Kraków, Poland, in the *Matter of Krzysztofa Nowaka v. Danuta Dubiel, et al.* | Court No. 16-mc-51286<br><br>Judge Matthew F. Leitman<br>Mag. Judge Mona K. Majzoub |

## ORDER ON PETITION

Upon the application of the United States of America, and upon review of the request for international judicial assistance from the Krakowa-Śródmieścia District Court in Kraków, Poland, in the *Matter of Krzysztofa Nowaka v. Danuta Dubiel, et al.*, seeking sworn interrogatory responses from Marek Matuszczyk, who resides or may be found within the jurisdiction of this Court, for use in a probate proceeding in Poland, the Court finds that the statutory requirements set forth in 28 U.S.C. § 1782(a) have been met and that the relevant discretionary factors be considered weight in favor of granting the request. Therefore,

**IT IS HEREBY ORDERED** that the United States' Application is GRANTED.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1782(a), Assistant United States Attorney Vanessa Miree Mays be and hereby is appointed

as Commissioner, to take such steps as are necessary to obtain Marek Matuszczyk's sworn interrogatory responses in conformity with the letter of request; to certify the answers given by Marek Matuszczyk in response thereto; to submit said certified answers to the United States Attorney for the Eastern District of Michigan for transmission to the United States Department of Justice; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

**IT IS FURTHER ORDERED** that Marek Matuszczyk personally appear before the Commissioner, or her designee, at the United States Attorney's Office for the Eastern District of Michigan, 211 W. Fort St., Ste. 2001, Detroit, Michigan 48226, within 10 business days of being served with a copy of this order, or as otherwise agreed by him and the Commissioner, to respond fully in writing and under oath to questions about his knowledge of the demise, property, marital relationships, descendants, etc. of Wincenty Matuszczyk and Matylda Muras-Matuszczyk.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2016, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113