UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Request for International Judicial Assistance from the Krakowa-Śródmieścia District Court in Kraków, Poland, in the *Matter of Krzysztofa Nowaka v. Danuta Dubiel, et al.*

Court No. 16-mc-51286

Judge Matthew F. Leitman

## ORDER OF DISMISSAL

Pursuant to the government's Notice of Voluntary Dismissal filed on September 20, 2016, interrogatory responses from Marek Matuszczyk were received in reference to the above-captioned matter; therefore,

**IT IS HEREBY ORDERED** that this matter is dismissed.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 20, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113